THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  UNITED STATES OF AMERICA,                CASE NO. CR16-0072-JCC

10                        Plaintiff,        MINUTE ORDER

11       v.

12  MICHAEL BARQUET,

13                        Defendant.

14

15       The following Minute Order is made by direction of the Court, the Honorable John C.

16  Coughenour, United States District Judge:

17       This matter comes before the Court on Defendant Michael Barquet's unopposed motion

18  to continue trial and extend the due date for pretrial motions (Dkt. No. 12). Having reviewed the

19  motion and the relevant record, the Court makes the following findings and conclusions:

20       1.       Failure to grant the continuance in this case would likely result in a miscarriage of

21  justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

22       2.       Taking into account the exercise of due diligence, failure to grant the continuance

23  in this case would deny defense counsel the reasonable time necessary for effective preparation,

24  due to defense counsel's need for more time to review the evidence, consider possible defenses,

25  and gather evidence material to the defense. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

26       3.       The additional time requested is a reasonable period of delay, as more time is

necessary for defense counsel to prepare for trial, investigate the matter, gather evidence material to the defense, and consider possible defenses. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

4.      The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

5.      Defendant has filed a speedy trial waiver consenting to a continuance of his trial to any date up to and including February 28, 2017. (Dkt. No. 13 at 1.)

Accordingly, the Court ORDERS that:

1.      The motion to continue (Dkt. No. 12) is GRANTED.

2.      The jury trial in this case is CONTINUED from November 14, 2016 to February 21, 2017 at 9:30 a.m.

3.      The resulting period of delay from November 14, 2016 to February 21, 2017 is hereby EXCLUDED for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

4.      Pretrial motions are due no later than Thursday, January 19, 2017.

DATED this 11th day of October 2016.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk