THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BARQUET,<br><br>Defendant. | CASE NO. CR16-0072-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Michael Barquet's second unopposed motion to continue trial and extend the due date for pretrial motions (Dkt. No. 15). Having reviewed the motion and the relevant record, the Court makes the following findings and conclusions:

1. Failure to grant the continuance in this case would likely result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

2. Taking into account the exercise of due diligence, failure to grant the continuance in this case would deny defense counsel the reasonable time necessary for effective preparation, due to defense counsel's need for more time to access mental health records, review them, and take appropriate steps to ensure Defendant is able to make rational decisions about his case, as

well as to investigate potential issues surrounding Defendant's statement and waiver of rights the night of his arrest. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

3.     The additional time requested is a reasonable period of delay, as more time is necessary for defense counsel to prepare for trial, investigate the matter, gather evidence material to the defense, and consider possible defenses. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

4.     The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedier trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Accordingly, the Court ORDERS that:

1.     The motion to continue (Dkt. No. 15) is GRANTED.

2.     The jury trial in this case is CONTINUED from February 21, 2017 to June 12, 2017 at 9:30 a.m.

3.     The resulting period of delay from February 21, 2017 to June 12, 2017 is hereby EXCLUDED for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

4.     Pretrial motions are due no later than Thursday, May 11, 2017.

5.     Defendant shall file a speedy trial waiver as he has indicated he will do. (*See* Dkt. No. 15 at 1.)

DATED this 20th day of January 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
