THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0072-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICHAEL ANTHONY BARQUET, JR., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to direct the United States Marshal Service to serve Defendant's three witness subpoenas (Dkt. No. 28). Defendant brings this motion pursuant to Federal Rule of Criminal Procedure 17(b), which states:

> Upon a defendant's ex parte application, the court must order that a subpoena be issued for a named witness if the defendant shows an inability to pay the witness's fees and the necessity of the witness's presence for an adequate defense. If the court orders a subpoena to be issued, the process costs and witness fees will be paid in the same manner as those paid for witnesses the government subpoenas.

The Court is satisfied that Defendant is indigent and that the witnesses are necessary for an adequate defense. Accordingly, the Court ORDERS the United States Marshal Service to serve the three defense subpoenas issued by the Court Clerk on May 30, 2017. Seeing as how trial is

1 scheduled to commence on June 12, 2017, this should be done as expediently as possible.

2     DATED this 2nd day of June 2017.

<pre>
                                        William M. McCool
                                        Clerk of Court

                                        /s/Paula McNabb
                                        Deputy Clerk
</pre>

MINUTE ORDER CR16-0072-JCC
PAGE - 2